No. 74–5183.  SANNEY v. SMITH, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5277.  VALLE-ROJAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–7003.  ARNOLD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari on the wiretap issue.

No. 74–296.  WILLIAMS v. MATTHEWS CO. ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant certiorari.

No. 74–320.  DADE COUNTY ET AL. v. MARINE EXHIBITION CORP.  Dist. Ct. App. Fla., 3d Dist.  Motion to defer consideration and certiorari denied.

No. 74–383.  RIVER FARMS, INC. v. FOUNTAIN ET AL.  Ct. App. Ariz.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.  MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 73–6425.  CHAMBERS v. DELANEY ET AL., ante, p. 876;

No. 73–6467.  GOODWIN v. IOWA, ante, p. 846;

No. 73–6873.  BONNER ET AL. v. MARKS ET AL., ante, p. 863;

No. 73–6988.  SANTANA v. NEW YORK ET AL., ante, p. 866; and

No. 74–68.  CLARION CORP. v. AMERICAN HOME PRODUCTS CORP. ET AL., ante, p. 870.  Petitions for rehearing denied.